IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EGENBERGER FAMILY LIMITED PARTNERSHIP, <br><br>                  Plaintiff, <br><br> vs. <br><br> WALSWORTH PUBLISHING COMPANY, INC., <br><br>                  Defendant. | 8:12CV373 <br><br> **AMENDED PROGRESSION ORDER** |

The parties' motion, (Filing No. 23), is granted, and the progression order is amended as follows:

1) The deadlines for identifying expert witnesses and for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For the plaintiff(s): | June 28, 2013 |
   | For the defendant(s): | July 29, 2013 |
   | For plaintiff(s) rebuttal: | August 19, 2013 |
   | For defendant(s) sur-rebuttal: | September 9, 2013 |

2) The deposition deadline is September 13, 2013.

3) The deadline for filing motions to dismiss and motions for summary judgment is September 20, 2013.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 20, 2013.

5) The parties shall comply with all other deadlines recited in the Final Progression Order (Filing No. 14) dated January 7, 2013.

April 18, 2013.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge