IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EGENBERGER FAMILY LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>  vs.<br><br>WALSWORTH PUBLISHING COMPANY, INC.,<br><br>    Defendant. | 8:12CV373<br><br>ORDER OF DISMISSAL |

  The plaintiff, Engenberger Family Limited Partnership, and the defendant, Walsworth Publishing Company, Inc., by and through their counsel of record have filed a Stipulated Dismissal, ECF No. 26.  The Stipulated Dismissal states that "this matter should be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs."

  IT THEREFORE IS ORDERED that the Stipulated Dismissal, ECF No. 26, is granted and this matter is hereby dismissed with prejudice and each party shall bear its own costs.

  Dated July 11, 2013.

                BY THE COURT:

                _____
                Warren K. Urbom
                United States Senior District Court